

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00585-CV

**IN THE INTEREST OF A.M.T.**, a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01238
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's August 21, 2019 final order in suit affecting the parent-child relationship is AFFIRMED. Because appellants are indigent, no costs of this appeal are assessed.

SIGNED December 18, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice